UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DANIEL F. KRONE, K-21000,<br><br>              Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, et al.<br><br>              Defendants. | Case No.: 15CV2204 BEN (DHB)<br><br>**ORDER:**<br>**(1) DENYING MOTION TO PROCEED IFP**<br><br>**(2) DENYING REMAING MOTIONS AS MOOT**<br><br>[Docket Nos. 1-5] |
|---|---|

    Plaintiff Daniel F Krone, a prisoner proceeding pro se, has filed a Complaint alleging copyright and patent infringement against Lockheed Martin. Plaintiff has also filed a Motion to Proceed IFP (Docket No. 2), Motion to Appoint Counsel (Docket No. 3), Motion for Service (Docket No. 4), and Motion for a Protective Order (Docket No. 5). Although challenging to decipher, it appears that Plaintiff is alleging that he designed the Air Force's F-117 Nighthawk.[1]

///

---

[1] Unless otherwise noted, the allegations noted are drawn from the allegations of the Complaint. The Court is not making any findings of fact or in any way endorsing the accuracy of the allegations.

1

1  "A district court may deny leave to proceed in forma pauperis at the outset if it
2  appears from the face of the proposed complaint that the action is frivolous or without
3  merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).  A
4  complaint is frivolous "where it lacks an arguable basis either in law or fact." *Neitzke v.*
5  *Williams*, 490 U.S. 319, 325 (1989).  Sua sponte dismissal is proper where the allegations
6  are "fanciful, fantastic, and delusional," or they "rise to the level of the irrational or the
7  wholly incredible." *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992).

8  Plaintiff alleges that in 1982, at the age of 16,[2] he designed the F-117 and passed
9  on a draft of the design to a friend.  Then, in 1995, while incarcerated in the San Diego
10 County Jail, Plaintiff saw a TV story about the United States Air Force's declassification
11 of the F-117.  He was allegedly surprised to see his design flying.  Plaintiff elected not to
12 contact Lockheed Martin at the time.  Sixteen years later, in 2011, Plaintiff allegedly
13 attempted to contact Lockheed Martin.  This action followed four years later.  Plaintiff
14 asserts that he is the unregistered initial author, drafter, and creator of the F-117 aircraft
15 and owner of the copyright to it.  The Court finds these allegations fanciful and wholly
16 incredible.  Accordingly, the Court finds the Complaint frivolous and denies Plaintiff's
17 request to proceed IFP.

18 Alternatively, even if these allegations were not frivolous, dismissal with prejudice
19 or denial of leave to proceed IFP would still be appropriate because amendment would be
20 futile.  *Rodriguez v. Steck*, 795 F.3d 1187, 1188 (9th Cir. 2015) (finding "denial of leave
21 to proceed in forma pauperis is abuse of discretion unless the district court first provides
22 a plaintiff leave to amend the complaint or finds amendment would be futile.").  Plaintiff
23 alleges he was aware to the alleged infringement 16 years before he filed this action, but
24 elected not to do anything.  Assuming he did design the F-117 in 1982 at the age of 16,

---

[2] California Department of Corrections records reflect that Plaintiff is 50 years of age at this time.

1 | any claim he might have had would be barred by the applicable statute of limitations.

2 | Because the Complaint is frivolous, the Motion to Proceed IFP is **DENIED**.

3 | Plaintiff's other motions are **DENIED** as moot.

4 | **IT IS SO ORDERED.**

5 | Dated:  March 21, 2016

_____
Hon. Roger T. Benitez
United States District Judge